Keely E. Duke
ISB 6044; ked@dukescanlan.com
Bryan A. Nickels
ISB 6432; ban@dukescanlan.com
Duke Scanlan & Hall, PLLC
1087 W. River Street, Suite 300
P.O. Box 7387
Boise, ID 83707
Telephone (208) 342-3310
Facsimile (208) 342-3299
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

IN THE DISTRICT OF IDAHO

| | |
|---|---|
| SAINT ALPHONSUS HEALTH ALLIANCE, INC. f/k/a ADVANTAGE CARE NETWORK, INC., an Idaho corporation, and SAINT ALPHONSUS HEALTH SYSTEM, INC. an Idaho corporation,<br><br>Plaintiffs,<br>v.<br><br>CORIZON, LLC, f/k/a CORRECTIONAL MEDICAL SYSTEMS, INC., a Missouri limited liability company, and CORIZON HEALTH, INC., a Delaware corporation,<br><br>Defendants. | Case No. 18-183-REB<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1** |

Saint Alphonsus Health Alliance Inc., fka Advantage Care Network, Inc. and Saint Alphonsus Health System, Inc., all Idaho non-profit corporations, by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1(a), submit this corporate disclosure:

- Saint Alphonsus Health Alliance, Inc., is an Idaho non-profit corporation, of which Saint Alphonsus Regional Medical Center, Inc., an Idaho non-profit corporation, is the only member. There is no stock in Saint Alphonsus Health

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1 -1**

Alliance, Inc., and, therefore, no publicly held corporation owns 10% or more of Saint Alphonsus Health Alliance, Inc.

- Saint Alphonsus Health System, Inc. is an Idaho non-profit corporation, of which Trinity Health Corporation, an Indiana non-profit corporation, is the only member. There is no stock in Saint Alphonsus Health System, Inc. and, therefore, no publicly held corporation owns 10% or more of Saint Alphonsus Health System, Inc.

DATED this 30th day of April, 2018.

                                        DUKE SCANLAN & HALL, PLLC

                                        By/s/Keely E. Duke
                                            Keely E. Duke, Of the Firm
                                            Bryan A. Nickels, Of the Firm
                                            *Attorneys for Plaintiffs*