John J. Burke, ISB #4619
Joseph F. Southers, ISB #9568
ELAM & BURKE, P.A.
251 East Front Street Suite 300
Post Office Box 1539
Boise, Idaho 83701
Telephone:  (208) 343-5454
Facsimile:  (208) 384-5844
jjb@elamburke.com
jfs@elamburke.com

Evan S. Nadel (admitted pro hac vice)
MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO P.C.
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone: (415) 432-6000
Facsimile: (415) 432-6001
enadel@mintz.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SAINT ALPHONSUS HEALTH ALLIANCE, INC. f/k/a ADVANTAGE CARE NETWORK, INC., an Idaho corporation, and SAINT ALPHONSUS HEALTH SYSTEM, INC. an Idaho corporation,<br><br>     Plaintiffs,<br><br>v.<br><br>CORIZON, LLC, f/k/a CORRECTIONAL MEDICAL SYSTEMS, INC., a Missouri limited liability company, and CORIZON HEALTH, INC., a Delaware corporation,<br><br>     Defendants. | Case No.  1:18-cv-00183-DCN<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE AND REPLY TO DEFENDANTS' MOTION FOR LEAVE TO AMEND ANSWER TO ADD COUNTERCLAIMS (DKT. 19)** |

STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE AND REPLY TO DEFENDANTS' MOTION FOR LEAVE TO AMEND ANSWER TO ADD COUNTERCLAIMS (DKT. 19) - 1

COME NOW, the parties, Plaintiffs Saint Alphonsus Health Alliance, Inc., f/k/a Advantage Care Network, Inc. and Saint Alphonsus Health System, Inc. (collectively, "Saint Alphonsus"), by and through their counsel of record, Duke Scanlan & Hall, PLLC, and Defendants Corizon, LLC f/k/a Correctional Medical Services, Inc. (incorrectly named as Correctional Medical Systems, Inc.) and Corizon Health, Inc. (collectively, "Corizon"), by and through their counsel of record, Elam & Burke, P.A. and Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C., and hereby stipulate and agree to extend the briefing deadlines regarding Defendants' Motion for Leave to Amend Answer to Add Counterclaims (Dkt. 19), as follows:

1. Plaintiffs' response shall be due on January 9, 2019; and

2. Defendants' reply shall be due on January 30, 2019.

DATED this 26th day of December, 2018.

           DUKE SCANLAN & HALL, PLLC

           By: /s/ Bryan A. Nickels
             Keely E. Duke, Of the Firm
             Bryan A. Nickels, Of the Firm
             Attorneys for Plaintiffs

DATED this 26th day of December, 2018.

           ELAM & BURKE, P.A.

           BY /s/ JOHN J. BURKE
             John J. Burke - Of the Firm
             Joseph F. Southers - Of the Firm
             Attorneys for Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of December, 2018, I electronically filed the foregoing **STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE AND REPLY TO DEFENDANTS' MOTION FOR LEAVE TO AMEND ANSWER TO ADD COUNTERCLAIMS (DKT. 19)**, with the U.S. District Court. Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System:

| | |
|---|---|
| Keely E. Duke | ked@dukescanlan.com |
| Bryan A. Nickels | ban@dukescanlan.com |

/s/ John J. Burke
John J. Burke
Joseph F. Southers