Keely E. Duke
ISB 6044; ked@dukescanlan.com
Bryan A. Nickels
ISB 6432; ban@dukescanlan.com
DUKE SCANLAN & HALL, PLLC
1087 W. River Street, Suite 300
P.O. Box 7387
Boise, ID 83707
Telephone (208) 342-3310
Facsimile (208) 342-3299
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

IN THE DISTRICT OF IDAHO

| | |
|---|---|
| SAINT ALPHONSUS HEALTH ALLIANCE, INC. f/k/a ADVANTAGE CARE NETWORK, INC., an Idaho corporation, and SAINT ALPHONSUS HEALTH SYSTEM, INC. an Idaho corporation,<br><br>Plaintiffs,<br>v.<br><br>CORIZON, LLC, f/k/a CORRECTIONAL MEDICAL SYSTEMS, INC., a Missouri limited liability company, and CORIZON HEALTH, INC., a Delaware corporation,<br><br>Defendants. | **Case No. 18-183-DCN**<br><br>(Corresponding case: *St. Luke's Health System, Ltd. et al. v. Corizon, LLC et al.*, US District Court Case No. 1:18-CV-00289-DCN)<br><br>**STIPULATED MOTION TO CONSOLIDATE** |

COME NOW Plaintiffs Saint Alphonsus Health Alliance, Inc. f/k/a Advantage Care Network, Inc. and Saint Alphonsus Health System (collectively, "Saint Alphonsus"), pursuant to Federal Rule of Civil Procedure 42(a), and move this Court for an Order consolidating the instant case with St. Luke's Health System, Ltd. et al. v. Corizon, LLC et al., in the US District Court for the District of Idaho, Case No. 1:18-CV-00289-DCN ("St. Luke's Action"), through the discovery and expert phases of both actions.

**STIPULATED MOTION TO CONSOLIDATE– 1**

This motion is based upon the Memorandum in Support of Stipulated Motion to Consolidate, filed herewith, and should be granted for the reasons set forth therein.

DATED this _____ day of May, 2019.

        DATED this _____ day of May, 2019.

        DUKE SCANLAN & HALL, PLLC

        By/s/Keely E. Duke
          Keely E. Duke, Of the Firm
          Bryan A. Nickels, Of the Firm
          *Attorneys for Plaintiffs*

DATED this _____ day of May, 2019.

        ELAM & BURKE

        By *draft*
          John J. Burke, Of the Firm
          *Attorneys for Defendants*

DATED this _____ day of May, 2019.

        MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.

        By *draft*
          Evan Nadel, Of the Firm
          *Attorneys for Defendants, Pro Hac Vice*

DATED this _____ day of May, 2019.

        STOEL RIVES LLP

        By *draft*
          Wendy J. Olson, Of the Firm
          *Attorneys for St. Luke's Plaintiffs*
          *Case No. 18-CV-00289-DCN*

**STIPULATED MOTION TO CONSOLIDATE– 2**

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the \_\_\_\_ day of May, 2019, I caused to be served a true copy of the foregoing document, by the method indicated below, and addressed to each of the following via email:

| | |
|---|---|
| John Burke | jjb@elamburke.com |
| Evan S. Nadel | enadel@mintz.com |

                                              /s/Keely E. Duke
                                              Keely E. Duke
                                              Bryan A. Nickels