# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF IDAHO

Saint Alphonsus Health Alliance, Inc. f/k/a Advantage Care Network, Inc., et al.

Plaintiff(s):

vs.

Corizon LLC f/k/a Correctional Medical Systems, Inc., et al.

Defendant(s):

**DECLARATION OF SERVICE**

Case Number: 1:18-cv-00183-DCN

For:
Kirton McConkie
1100 W. Idaho St., Ste. 930
Boise, ID 83702

Received by Tri-County Process Serving LLC on August 2, 2023 to be served on **CORIZON LLC F/K/A CORRECTIONAL MEDICAL SYSTEMS, INC.**

**I, Avery Peterson, state that on Thursday, August 3, 2023, at 11:36 AM**, I served the within named **Corizon LLC f/k/a Correctional Medical Systems, Inc.** by delivering a true copy of the **Order Granting Motion to Withdraw as Counsel of Record for Defendants** to Nicole Fruh of CT Corporation System, Registered Agent for Corizon LLC f/k/a Correctional Medical Systems, Inc., a person authorized to accept service on behalf of Corizon LLC f/k/a Correctional Medical Systems, Inc. Said service was effected at **1555 W. Shoreline Dr., Ste. 100, Boise, ID 83702**.

Approximate description of Nicole Fruh
White  Female  34 years old,  5' 5" Tall,  150 lbs,  Brown  Hair,  Brown  eyes.

I hereby acknowledge that I am a Process Server in the county in which service was effected. I am over the age of eighteen years and not a party to the action. I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

Our Reference Number: 204761
Client Reference: Haley Krug

Tuesday, August 15, 2023

**TRI-COUNTY PROCESS SERVING LLC**
P.O. Box 1224
Boise, ID, 83701
(208) 344-4132

_Avery Peterson_
**AVERY PETERSON**